1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORLANDO GARCIA,                    )    Case No. 2:20-cv-09099-AB-JC
                                   )
                Plaintiff,         )    ORDER ACCEPTING FINDINGS,
                                   )    CONCLUSIONS, AND
        v.                         )    RECOMMENDATIONS OF
                                   )    UNITED STATES MAGISTRATE
MARIA E. GONZALEZ, et al.,         )    JUDGE
                                   )
                                   )
                Defendants.        )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for
Rule 37 Sanctions ("Plaintiff's Motion") and accompanying documents, and all of
the records herein, including the March 15, 2022 Report and Recommendation of
United States Magistrate Judge ("Report and Recommendation"). The Court
approves and accepts the Report and Recommendation.

        IT IS HEREBY ORDERED that Plaintiff's Motion is granted as follows:
(1) Terminating sanctions are granted as against Defendant Maria E. Gonzalez
("Gonzalez"); (2) the Answer of Defendant Gonzalez is stricken (Docket No. 35);
(3) the Clerk shall enter a default as to Defendant Gonzalez; and (4) Defendant
Gonzalez shall pay monetary sanctions in the amount of $1,750, to Plaintiff within
fourteen (14) days of the entry of this Order.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the

2  parties to this action.

3    IT IS SO ORDERED.

4

5    DATED: June 7, 2022

6

7

8



    _____

    HONORABLE ANDRE BIROTTE JR.
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28